IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CERNER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-1008-CV-W-DGK |
| | ) |
| COLUMBIA CASUALTY COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER SETTING SETTLEMENT CONFERENCE

It is

ORDERED that a settlement conference is scheduled for 1:30 p.m., on Tuesday, June 21, 2016, *in Courtroom 6D*,[1] United States Courthouse, 400 East Ninth Street, Kansas City, Missouri. Each party as well as lead trial counsel shall attend this conference. A corporate or other non-individual party shall be represented by a person with sufficient authority within the organization to participate meaningfully in a discussion of settlement and to obligate the organization if a settlement agreement is reached. In addition, if an insurance company's approval or authority to settle is required by any party, a representative of that insurance company shall attend this conference in person.

Prior to the settlement conference proceedings, counsel shall discuss settlement with their respective clients and insurance representatives.

NO LATER THAN Thursday, June 16, 2016, the parties shall submit (not file) a written confidential settlement statement to me setting forth the following: the relevant positions of the parties concerning factual issues, issues of law, damages, and the settlement negotiation history of the case. In lieu of a formal statement, the parties may direct me to relevant pleadings in the file, such as summary judgment pleadings and orders. The statements will not be made a part

---

[1]The conference will not be held in chambers. Counsel and parties are instructed to proceed directly to the courtroom. *DO NOT* report to chambers.

of the case file or shown to the other parties. The confidential settlement statement may be emailed to my courtroom deputy at dorothy_myers@mow.uscourts.gov.

At the commencement of the settlement conference, counsel will be asked to present the facts by way of an opening statement. In the event counsel do not agree on the facts, they may present witnesses or exhibits substantiating their version of the facts. Subsequently, separate, confidential caucuses will be held with each party and the party's representative(s). All statements made by any attorney, party, representative *or myself* during the caucus sessions shall be kept confidential.

It is further

ORDERED that should this case be settled by the parties before the scheduled settlement conference, the parties shall call my chambers at 816-512-5774 and inform me of the settlement agreement. Reaching a settlement agreement without directly notifying my chambers does not excuse any of the lawyers or parties from appearing as ordered at the settlement conference.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
March 3, 2016